**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Christine P. O'Hearn |
| v. | Crim. No. 26-265 |
| DIEGO ANTONIO CALDERON LEIVA | SENTENCING SUBMISSION NOTICE OF THE UNITED STATES |

Please be advised that, on this date, the United States submitted sentencing materials to the Court in this case concerning the defendant Diego Antonio Calderon Leiva.

ROBERT FRAZER
United States Attorney

By: Trevor A. Chenoweth
Assistant United States Attorney

Dated: October 28, 2026